CAMPBELL *vs.* COOK.

Where a plaintiff in this court is entitled to only common pleas costs, he may, besides charging an *attorney's fee* on trial, charge the same sum for a *counsel fee* when counsel is actually employed; and such counsel fee may be charged as often as the cause is noticed for trial, but in such case only one attorney's fee can be charged.

Notary's fees on protest of note, where but one notice is given are, 75 cts.; for every other notice an additional charge of 25 cts. may be made.

March 7.  RETAXATION of costs.  The action was assumpsit, in which the plaintiff was entitled to only common pleas costs. In his bill he had taxed *two dollars* for an attorney's fee on trial, *three dollars and seventy-five cents* for counsel fee on trial ; and *one dollar and fifty cents* notary's fees on protest of note. It was objected that he was not entitled to a counsel fee, and if entitled, that the amount could not exceed $2. The notary's fee, it was also said, should be no more than 75 cents.

*By the Court*, SUTHERLAND, J. The fee bill allows for services rendered by counsel in causes in the supreme court in which common pleas costs only are recoverable, the same fees as are allowed to attornies in courts of common pleas for similar services. 2 *R. S.* 632, § 17. The fee on trial, or attending prepared for trial, to an attorney in the common pleas, is *two dollars;* consequently, *counsel* for attending the trial is entitled to two dollars, and to the like sum as often as the cause is noticed and he attends prepared for trial. An *attorney's* fee of two dollars may also be charged for attending the trial of a cause.  The costs must therefore be retaxed.  The notary's fee is also over charged. It is understood that the practice of notaries is to charge $1,50, but the statute does not warrant such charge ; it allows for drawing and copy of protest 25 cts. sealing the same 25 cents, and drawing copy and serving every notice of non-payment 25 cents ; consequently, where a note is protested, and but one notice given, the fees of the notary cannot exceed 75 cents.  2 *R. S.* 647, § 41.